FILED
CLERK, U.S. DISTRICT COURT

NOV 10 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. __CR 09 - 1005 - VBF - 33__ |
| Plaintiff,    ) | ORDER OF DETENTION AFTER HEARING |
| v.    ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Shawn K. Jordan,    ) | 18 U.S.C. § 3143(a) |
|     ) | Allegations of Violations of |
|     ) | Probation/Supervised Release |
| Defendant.    ) | Conditions) |

    On arrest warrant issued by the United States District Court for the __CDCA__ involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    (✓) the appearance of defendant as required; and/or

        B.    (✓) the safety of any person or the community.

///
///
///
///
///

1   2.  The Court concludes:
2       A.  ( ) Defendant has failed to demonstrate by clear and
3           convincing evidence that he is not likely to pose
4           a risk to the safety of any other persons or the
5           community. Defendant poses a risk to the safety
6           of other persons or the community based on:
7           _prior criminal record._
8           _____
9           _____
10          _____
11          _____
12      B.  (✓) Defendant has failed to demonstrate by clear and
13          convincing evidence that he is not likely to flee
14          if released. Defendant poses a flight risk based
15          on: _history of non-compliance_
16          _____
17          _____
18          _____
19          _____
20
21      IT IS ORDERED that defendant be detained.
22
23  DATED: 11/10/11
24
25                          _____
                            HONORABLE JACQUELINE CHOOLJIAN
26                          United States Magistrate Judge
27
28