```
FILED
CLERK, U.S DISTRICT COURT

MAY 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAWN K. JORDAN<br><br>    Defendant. | CR09-1005-~~TJH~~ VBF-33<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) [X] the appearance of defendant as required; and/or

    (B) [X] the safety of any person or the community.

//

//

1    The court concludes:

2  A.  (X)  Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5            _he will comply with_
6            _conditions of release. Plaintiff_
7            _failed to report as directed_
8            _and indicated he might harm_
9            _himself._

10 (B)  (X)  Defendant is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12           _he will comply with_
13           _conditions of release. Also,_
14           _there are no sureties or_
15           _bail resources._

17    IT IS ORDERED that defendant be detained.

19 DATED: 5/3/12

            _/s/ SH Segal_
            SUZANNE H. SEGAL
            UNITED STATES MAGISTRATE JUDGE

2